# United States District Court
## Southern District of Georgia

TYRONE PERKINS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV617-001

OFFICER NOBILIO; and LT. EPPERSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 26, 2017, the Report and Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED and this civil action stands CLOSED.

May 26, 2017  
*Date*

Scott L. Poff  
*Clerk*

*(By)* Deputy Clerk